No. 99–6361.  LENOIR v. KERLEY.  C. A. 11th Cir.  Certiorari denied.

No. 99–6362.  KENDALL v. REID ET AL.  Ct. App. Wash.  Certiorari denied.

No. 99–6371.  GREEN v. SOMMERS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–6372.  GWYNN v. MAZURKIEWICZ ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–6381.  GOOD v. HILLTOP HOUSE ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 99–6384.  FUENTES v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 99–6388.  THIBODEAUX v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–6392.  SMITH v. JOHNSON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 99–6393.  STIVER v. PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–6394.  SCARBROUGH v. G A B ROBINS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–6400.  WHITE v. WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION.  C. A. 6th Cir.  Certiorari denied.

No. 99–6404.  THOMAS v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 99–6406.  BASS v. THOMAS JEFFERSON UNIVERSITY HOSPITAL.  C. A. 3d Cir.  Certiorari denied.

No. 99–6418.  EDWARDS v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 99–6432.  WINCHESTER v. LITTLE.  Ct. App. Tenn.  Certiorari denied.